UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STEVEN ANGEL VASQUEZ,<br><br>           Petitioner,<br><br>       v.<br><br>W. L. MONTGOMERY, WARDEN,<br><br>           Respondent. | Case No. CV 15-6539 JGB (AJW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

    The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a *de novo* determination of the portions to which objections were directed.

    DATED: May 31, 2016

                                              Jesus G. Bernal
                                              United States District Judge