# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| STEVEN ANGEL VASQUEZ, | ) | CASE NO. CV 15-6539-JGB (AJW) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| W.L. MONTGOMERY, Warden, | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: May 31, 2016

Jesus G. Bernal
United States District Judge